IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY LAUGHLIN,
    Plaintiff,

vs.                                        Case No.: 3:15cv537/RV/EMT

AMBER ROWLAND, et al.,
    Defendants.
_____/

## O R D E R

       This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 18, 2015 (ECF No. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. On December 22, 2015, Plaintiff filed a motion requesting the court to add two defendants to this case (doc. 6). The motion is **DENIED**.

       Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    This cause is **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

       3.    The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 25th day of January, 2016.

                      /s/ *Roger Vinson*
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**